# United States District Court

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, ET AL

v.

E A G CONSTRUCTION & INSALLATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04 11123 NG**

2004 JUL 22 A 1:40
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and Address of Defendant)

E A G Construction & Installation
106 Finnell Drive, Unit 9
Weymouth, MA 02188

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS

CLERK

BY DEPUTY CLERK

MAY 27 2004

DATE



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

July 14, 2004

I hereby certify and return that on 7/2/2004 at 9:10:00 AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of EAG Construction & Installation, , 41 Garner Road Dorchester, MA 02122 and by mailing 1st class to the above address on 7/2/2004. Basic Service Fee ($30.00), U.S. District Court Fee ($5.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($3.00), Attest/Copies ($18.00) Total Charges $45.52

Deputy Sheriff Stanley Washington          Deputy Sheriff

☐ Other (specify): _____

| TRAVEL | STATEMENT OF SERVICE FEES | |
|---|---|---|
| | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.