UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al<br>    Plaintiffs,<br><br>v.<br><br>E A G CONSTRUCTION & INSTALLATION,<br>    Defendant. | )<br>)<br>)<br>) CIVIL ACTION<br>) 04-11123-NG<br>)<br>)<br>)<br>) |

## REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the court send a Notice of Default to the defendant, E A G Construction & Installation, 41 Garner Road, Dorchester, MA 02122 in the above-captioned action. Defendant E A G Construction & Installation, was served with the complaint on July 2, 2004.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: September 20, 2004

    Respectfully submitted,

    Christopher N. Souris
    BBO #556343
    KRAKOW & SOURIS, LLC
    225 Friend Street
    Boston, MA 02114
    (617) 723-8440

    /s/ Christopher N. Souris
    Attorney for plaintiffs Massachusetts
    Carpenters Central Collection Agency, et al