UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL ) | |
| COLLECTION AGENCY, et al ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04-11123-NG |
| ) | |
| E A G CONSTRUCTION & INSTALLATION, ) | |
|    Defendant. ) | |
| _____ ) | |

MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Massachusetts Carpenters Central Collection Agency, et al, upon the accompanying Affidavit of Harry Dow, respectfully moves pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, E A G Construction & Installation to pay to the plaintiffs the sum of $149,567.15 in damages and taxable costs.

Dated: October 26, 2004             Respectfully submitted,

                                                   Christopher N. Souris
                                                   BBO #556343
                                                   KRAKOW & SOURIS, LLC
                                                   225 Friend Street
                                                   Boston, MA 02114
                                                   (617) 723-8440

                                                   /s/ Christopher N. Souris_____
                                                   Attorney for plaintiffs Massachusetts
                                                   Carpenters Central Collection Agency, et al

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to E A G Construction & Installation

/s/ Christopher N. Souris

Christopher N. Souris