UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>E A G CONSTRUCTION & INSTALLATION, )<br>Defendant. ) | CIVIL ACTION<br>NO. 04-11123-NG |

## **JUDGMENT**

GERTNER, D.J.

    Defendant E A G Construction & Installation having failed to plead or otherwise defend in this action and default having been entered on September 21, 2004.

    Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $149,371.63, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $195.52 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

    1. That plaintiffs recover from defendant E A G Construction & Installation the sum of $149,567.15 with interest as provided by law.

    By the Court,

_____
Deputy Clerk

Dated:_____