UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL ) | |
| COLLECTION AGENCY, et al ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04-11123-NG |
| ) | |
| E A G CONSTRUCTION & INSTALLATION, ) | |
| Defendant. ) | |
| _____ ) | |

### JUDGMENT

GERTNER, D.J.

Defendant E A G Construction & Installation having failed to plead or otherwise defend in this action and default having been entered on September 21, 2004.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $~~149,371.63~~ *145,222.59 (NJ)*, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $195.52 it is hereby

### ORDERED, ADJUDGED AND DECREED:

1. That plaintiffs recover from defendant E A G Construction & Installation the sum of $~~149,567.~~15 *145,222.59 (NJ)* with interest as provided by law.

By the Court,

/s/ [signature]
~~Deputy Clerk~~ Judge

Dated: 11/29/04